# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00283-CR

**Louis Torres Flores, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 89-350-K, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING

On April 30, 2002, Louis Torres Flores filed a notice of appeal in this cause, a conviction for burglary of a building. Sentence was imposed on August 10, 1989. The notice of appeal is untimely and does not confer jurisdiction on this Court. Tex. R. App. P. 26.2(a)(1).

The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed: May 16, 2002

Do Not Publish